Jeremy T. Bergstrom, Esq.
Arizona Bar No. 19399
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 09-94741

Attorneys for Secured Creditor,
BAC HOME LOANS SERVICING, LP FKA
COUNTRYWIDE HOME LOANS SERVICING, LP

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| DONNA JAYNE SABAN, | Case No.: 2:09-bk-20989-GBN |
| Debtor(s). | |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, | |
| Movant, | |
| vs. | |
| DONNA JAYNE SABAN, Debtor; LOTHAR GOERNITZ, Trustee, | |
| Respondents. | |

**SUPPLEMENTAL DECLARATION OF DARCI LOCKHART**

I, DARCI LOCKHART, declare and state as follows:

As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

I am an employee of BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, hereinafter "Secured Creditor", and am the person most

1

familiar with the subject first Trust Deed loan in favor of and/or serviced by Secured Creditor herein and the ongoing Bankruptcy litigation herein. BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP is the successor in interest to WACHOVIA MORTGAGE CORPORATION, the original beneficiary under the subject Trust Deed herein.

The subject real property secured said first Trust Deed loan is generally described as 2855 East Bonanza Court, Gilbert, AZ 85297, ("Property" herein) and legally described as follows:

LOT 26, WHITEWING AT HIGLEY, ACCORDING TO BOOK 548 OF MAPS, PAGE 19 AND CERTIFICATE OF CORRECTION RECORDED IN DOCUMENT NO. 01-41240, RECORDS OF MARICOPA COUNTY, ARIZONA.
APN: 304-52-092-3

This Secured Creditor is the beneficiary and/or servicer of a Promissory Note dated February 15, 2006, in the principal amount of $736,000.00, which is secured by the above-referenced Deed of Trust.

On or about August 28, 2009, Debtor commenced the current Chapter 7 Bankruptcy proceeding in this Court.

Payments have not been applied to the Debtor's loan for all post-petition payments due and owing. With respect to Secured Creditor's Trust Deed, the following is due and owing:

///
///
///
///
///
///

| | | |
|---|---|---|
| Unpaid Principal Balance | = | $710,978.12 |
| Total Arrearages | | |
| 4 monthly payments at $5,346.35 each (March 1, 2009 through June 1, 2009) | = | $21,385.40 |
| 3 monthly payments at $5,393.01 each (July 1, 2009 through September 1, 2009) | = | $16,179.03 |
| Uncollected Late Charges | = | $235.63 |
| Partial/Suspense Balance | = | $-502.83 |
| Bankruptcy Attorney's Fees and Costs | = | $550.00 |
| Filing Fee | = | $150.00 |
| TOTAL DELINQUENCIES | = | $37,997.23 |
| TOTAL Unpaid Principal plus Delinquencies | = | $748,975.35 |

Furthermore, a monthly payment becomes due on October 1, 2009, and same becomes due on the first (1st) day of every month thereafter.

The unpaid principal balance plus delinquencies set forth hereinabove does not include accrued interest. The actual payoff amount will be higher than the amount set forth hereinabove and will be disclosed by supplemental declaration.

///
///
///
///
///
///
///
///

1    In the event Secured Creditor obtains title to the Property at its foreclosure sale, Secured
2    Creditor will incur substantial fees and costs in reselling the Property. Based on past experience
3    of the Secured Creditor, the additional cost is a minimum of eight to ten percent. This cost is
4    primarily commission fees on resale, and title and closing costs. Further, it is typical to incur
5    further expense for putting the Property in marketable condition.
6    Secured Creditor has elected to initiate foreclosure proceedings on the subject property
7    with respect to the subject Trust Deed. However, Secured Creditor is precluded from proceeding
8    to publish the necessary notices and commencing said foreclosure action during the pendency of
9    this Bankruptcy.
10   I declare under penalty of perjury under the laws of the United States and the State of
11   California that the foregoing is true and correct.
12   Executed this 11th day of September, 2009, at Simi Valley, California.

13
14   _____
     DARCI LOCKHART

15
16   State of California
     County of Ventura

17   Subscribed and sworn to (or affirmed) before me on
     this 11th day of September, 2009,
18   by Darci Lockhart
     provided to me the basis of satisfactory evidence to be the person(s) who
19   appeared before me.

20   Signature: _____

21   [Notary seal: JEAN L. VIVALDI, Commission # 1835517, Notary Public - California, Ventura County, My Comm. Expires Feb 7, 2013]

22   09-94741/azsupdec.dot/srb
23
24

4